**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6854**

———————

JAVAN JOLLY,

                                        Plaintiff - Appellant,

        versus

HERB JACKSON, Assistant Superintendent; DON
EDWARDS, Lieutenant; KENNETH DIGGS, Sergeant;
JAMES OYCUS, Officer; LARRY BEAL, Officer;
JERLIN BENNETT, Case Manager; KORY DARYLMPLE,
Case Manager,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Graham C. Mullen, Chief
District Judge.  (CA-02-189-3-02-MU)

———————

Submitted:  August 29, 2002          Decided:  September 6, 2002

———————

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Javan Jolly, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Javan Jolly, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A (2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Jolly v. Jackson, No. CA-02-189-3-02-MU (W.D.N.C. filed May 15, 2002 & entered May 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2